'Form 12B

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. CRAIG CARTER

Docket No. 3:02CR00128(JCH)

FILED 2005 DEC 29 PM 12:39
U.S. DISTRICT COURT

## Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

**COMES NOW,** Keith P. Barry, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Craig Carter who was sentenced to 21 months imprisonment for a violation of 18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D) by the Honorable Janey C. Hall, United States District Judge, sitting in the court in Bridgeport, Connecticut on September 30, 2002, who fixed a period of supervision at 36 months which commenced on October 23, 2003, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows:

1. The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as approved by the probation officer which may include testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all or a portion of the costs associated with treatment, based on his ability to pay, in the amount to be determined by the probation officer.

2. The defendant shall participate in a mental health treatment program, either inpatient or outpatient, as approved by the probation officer which may include testing to determine if the defendant has used drugs or alcohol. The defendant shall pay all or a portion of the costs associated with treatment, based on his ability to pay, in the amount to be determined by the probation officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Based on the defendant's arrest and conviction for a domestic violence. Mr. Carter has demonstrated the need for a graduated sanction.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for years, for a total term of years.

■ To modify the conditions of supervision as follows:

The defendant shall perform 50 hours of community service.

*I hereby certify that the foregoing is a true copy of the [document] on file. Date: _____ KEVIN F. ROWE, Clerk By _____ Deputy Clerk*

**ORDER OF COURT**

Considered and ordered this 21ST day of December, 2005, and ordered filed and made a part of the records in the above case.

The Honorable Janet C. Hall
United States District Judge

Respectfully Submitted,

Keith P. Barry
United States Probation Officer

Place: Bridgeport, Connecticut

Date: December 13, 2005